IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CALVIN, an adult individual, and MICHAEL POLENAVITCH, an adult individual | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 06-1413 |
| EAT 'N PARK HOSPITALITY GROUP, INC., a Pennsylvania corporation | ) ) ) ) ) | **ELECTRONICALLY FILED** |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, this 15 day of _____Aug_____, 2007, the Court having been
advised that the parties have reached an amicable settlement, it is ordered that the case above
captioned is dismissed, with prejudice.

_____
United States District Judge